632 A.2d 307

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Dennis JANNETTA, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 20, 1993.

Decided Nov. 1, 1993.

Michael L. Rosenfield, Pittsburgh, for appellant.

William J. Haberstroh, Dist. Atty., David C. Gorman, First Asst. Dist. Atty., Ilissa Zimmerman, Asst. Dist. Atty., Hollidaysburg, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.